**Dismissed; Opinion Filed August 8, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00579-CV

### YOLANDA WILLIAMS, Appellant
### V.
### DAN WILLEMS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-02713-D**

# MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Myers

Yolanda Williams filed her notice of appeal on May 26, 2017. By postcard dated June 1, 2017, we notified Williams that the Court's $205 filing fee had not been paid. We instructed her to pay the fee within ten days and cautioned her that the failure to do so might result in dismissal of the appeal. To date, the filing fee has not been paid.

The clerk's record was due on July 23, 2017. On July 18, the Dallas County Clerk notified us that the clerk's record was ready to be filed but that Williams had not yet paid for the record. That same day, we sent Williams a letter, instructing her to file, within ten days, written verification that she had paid or made arrangements to pay the fee for the clerk's record or written documentation that she had been found entitled to proceed without payment of costs. We cautioned Williams that the failure to comply might result in the dismissal of her appeal for want

of prosecution. *See* TEX. R. APP. P. 37.3(b). As of today, the clerk's record has not been filed, and Williams has not filed a response to our letter or otherwise communicated with the Court.

In light of Williams's failures detailed above, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

170579F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

YOLANDA WILLIAMS, Appellant

No. 05-17-00579-CV     V.

DAN WILLEMS, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-17-02713-D.
Opinion delivered by Justice Myers, Justices
Lang and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DAN WILLEMS recover his costs, if any, of this appeal from appellant YOLANDA WILLIAMS.

Judgment entered this 8th day of August, 2017.